UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW MARTIN KOWALEVICZ, JR., )
                                )
            Plaintiff,          )       Civil Action No. 16-CV-2494 (EGS)
                                )
    v.                          )
                                )
THE UNITED STATES OF AMERICA,   )
                                )
            Defendant.          )
_____ )

**DECLARATION OF JANICE BINDEMAN**

I, Janice Bindeman, hereby declare and state:

1.      I am a sergeant with the United States Park Police ("USPP").  I have been employed by the USPP since January, 1990.

2.      I am assigned to the USPP Internal Affairs Unit, where my duties include conducting investigations for the USPP Office of Professional Responsibility ("OPR").  I have conducted investigations for OPR since 2012.

3.      On or about August 5, 2014, Andrew Kowalevicz submitted to his congressman, Representative Jim Moran (VA), a complaint alleging that he was falsely arrested by the USPP on November 13, 2013.

4.      When Representative Moran's office forwarded the complaint to the USPP, the OPR assigned me to investigate Kowalevicz's allegation.

5.      My investigation included reviewing the documents in the Kowalevicz arrest case report, which included Officer Lucas Coleman's report, obtaining supplemental statements from USPP Officers Coleman and Ronald Pisano, obtaining statements from Kowalevicz and Denea Rennert, the passenger in Kowalevicz's vehicle at the time of the arrest, and reviewing  two

1

videos provided by Kowalevicz and Rennert captured by cameras located at businesses near the arrest site.

6. As part of this investigation, I also contacted OAG Assistant Attorney General Jeff Cargill, who was assigned to prosecute Kowalevicz for the charges arising from this arrest. Cargill reviewed the case file and stated that there was enough evidence to prosecute this case. He also stated that OAG decided to dismiss Kowalevicz's case without prejudice because OAG lacked resources, not because of lack of evidence or lack of probable cause for the arrest.

7. Attached hereto as Exhibit A is a copy of my summary of this investigation.

8. Based on my investigation, I concluded that Officer Coleman had probable cause to arrest Kowalevicz for driving under the influence of alcohol and/or drugs based on Officer Coleman's observation of Kowalevicz's driving behavior, the results of the standard field sobriety tests, and other observations at the scene.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 11th day of May 2017.

Sergeant Janice M Binderman #904

2

**Exhibit A**

REV. 3-73)

U.S. DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

SUPPLEMENTARY CASE/INCIDENT RECORD

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| United States Park Police | | 0 | 8 | 7 | 7 | 8 | 8 |

| LOCATION OF INCIDENT | DATE OF INCIDENT | | | | | |
|---|---|---|---|---|---|---|
| | MO | | DA | | YR | |
| 700 Block 24th St, NW, WDC | 1 | 1 | 1 | 3 | 1 | 3 |

NATURE OF INCIDENT

Personnel Complaint

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Andrew Kowalevicz | 1700 Clarendon Blvd # 135, Arlington, VA 22209 |

RESULTS OF INVESTIGATION

Officer Involved:     Officer Lucas Coleman, Badge # 348

Alleged Violation:    False Arrest

Investigation:

The complaint resulted from an incident that occurred on 11/13/13 at approximately 2258 hours in the 700 block of 24th St, NW (USPP CCN 13-43193). Officer Lucas Coleman was assigned as Car 112. Officer Ronald Pisano was assigned as Car 191. The incident resulted in Mr. Kowalevicz being arrested and charged with Driving Under the Influence of Alcohol and/or Drugs.

On 8/5/14, Mr. Andrew Kowalevicz submitted a complaint to US Representative Jim Moran's office alleging that Officer Coleman falsely arrested him on 11/13/13.

On 10/1/14 I contacted Assistant Attorney General (AAG) Jeff Cargill, the attorney assigned to prosecute Mr. Kowalevicz for the charges stemming from his arrest on 11/13/13. AAG Cargill reviewed the case file and stated that there was enough evidence to prosecute this case. However, because the Office of the Attorney General (OAG) is continuously understaffed and overburdened, Mr. Kowalevicz's case was "dismissed without prejudice". This is a common occurrence in DC Superior Court. Because his driving behavior was not egregious and it was Mr. Kowalevicz's first offense, the OAG chose not to pursue prosecution. This decision was not because of lack of evidence or probable cause but rather a lack of resources on the part of the OAG.

On 10/2/14, Officer Coleman submitted a Supplemental 10-344 repeating his observations of Mr. Kowalevicz's driving behavior which was his probable cause for the traffic stop and the results of the Standardized Field Sobriety Test (SFST) administered on 11/13/13 that he originally documented on his PD163 and his Supplemental 10-344 for CCN 13-43193. Officer Coleman wrote "due to all of the factors I have just stated, and the NHTSA standards, I believe probable cause existed to place KOWALEVICZ under arrest for DUI. Furthermore, I presented the facts of the case

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| Sgt. J. Bindeman #904   10/22/14 | |
| Bindeman | William Chase  10/22/cr |

REV. 3-73)

U.S. DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

## SUPPLEMENTARY CASE/INCIDENT RECORD

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER |
|---|---|
| United States Park Police | 0 8 7 7 8 8 |

| LOCATION OF INCIDENT | DATE OF INCIDENT |
|---|---|
| 700 Block 24th St, NW, WDC | MO DA YR<br>1 1 1 3 1 3 |

NATURE OF INCIDENT

Personnel Complaint

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Andrew Kowalevicz | 1700 Clarendon Blvd # 135, Arlington, VA 22209 |

RESULTS OF INVESTIGATION

to the DC Office of the Attorney General who felt as though there was enough evidence to continue with prosecution".

On 10/8/14 Officer Pisano submitted a Supplemental 10-344 stating that he observed Officer Coleman administering SFSTs to Mr. Kowalevicz. After the SFSTs were complete, Officer Pisano observed Officer Coleman arrest Mr. Kowalevicz. Officer Pisano does not remember the results of the SFSTs but did make note that Mr. Kowalevicz argued with Officer Coleman throughout the SFSTs.

On 10/9/14, I obtained a statement of facts about the events that occurred on the evening of 11/13/13 from Mr. Kowalevicz's passenger Denea Rennert. In her written statement, Ms. Rennert stated that Mr. Kowalevicz was operating his motor vehicle from P St, NW to the location of the traffic stop in the 700 block of 24th St, NW. She stated that Mr. Kowalevicz used his turn signal at Washington Circle and New Hampshire Avenue and again at H and 24th St. Ms. Rennert stated that Officer Coleman had Mr. Kowalevicz perform SFSTs prior to arresting him. Ms. Rennert stated that "Drew was not intoxicated; he did not behave in a manner that would lead anyone to think he was intoxicated. He had less than 2 ounces of alcohol prior to eating a full meal and two hours prior to driving". Ms. Rennert provided me with videos for the time and date in question from buildings in the area of the incident.

On 10/15/14 I obtained a statement of facts from Mr. Kowalevicz about the events that occurred on the evening of 11/13/13. Mr. Kowalevicz stated that he had one drink at around 9pm. Mr. Kowalevicz stated that he was operating his vehicle and entered Washington Circle and turned right onto New Hampshire Avenue and was eventually stopped by Officer Coleman in the 700 block of 24th St, NW. Mr.Kowalevicz stated that he used his turn signal every time he turned and that he was operating his vehicle at a safe and reasonable speed. Mr. Kowalevicz stated that he did not turn left onto I St from New Hampshire Ave as stated in Officer Coleman's police report. He stated that he turned left on H St from New Hampshire Ave. and provided maps to demonstrate his path of travel and to clarify the video provided. Mr. Kowalevicz stated that he performed SFSTs upon Officer Coleman's request. Mr. Kowalevicz's description of the SFST tests is consistent with how properly administered tests should be executed.

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| Sgt. J. Bindeman #904    10/22/14 | 11/22/14 |

REV. 3-73)

U.S. DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

SUPPLEMENTARY CASE/INCIDENT RECORD

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| United States Park Police | | 0 | 8 | 7 | 7 | 8 | 8 |
| 700 Block 24th St, NW, WDC | 1 | 1 | 1 | 3 | 1 | 3 | |

| NATURE OF INCIDENT |
|---|
| Personnel Complaint |

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Andrew Kowalevicz | 1700 Clarendon Blvd # 135, Arlington, VA 22209 |

RESULTS OF INVESTIGATION

A review of the video provided by Mr. Kowalevicz and Ms. Rennert from GWU Inn showed that at approximately 2241hrs, a white vehicle being followed by what appeared to be a police cruiser was traveling southbound in the 800 block of New Hampshire Ave. A review of the video from Bon Wit showed that approximately 2250hrs, a white vehicle being followed by what appears to be a police cruiser was traveling eastbound in the 2400 block of H St. The videos did not show any intersections nor did they show driving behavior but they did confirm Mr. Kowalevicz's statement about his path of travel.

On 10/17/14 Officer Coleman stated that Mr. Kowalevicz was probably right about the path of travel. He stated that they traveled eastbound for almost a block which was consistent with turning on H St. rather than the short section if they would have turned on I St. Officer Coleman stated that although he may have put down the wrong street in his report, he still observed the traffic violations and the SFST results that he put in his police report.

A review of the Gerstein submitted by Officer Coleman in his arrest paperwork for this incident revealed that Officer Coleman responded to the OAG and proffered the facts or "papered" the case. The Gerstein was reviewed and signed off on by Deputy Chief AAG Whitney Stoebner. Deputy Chief Stoebner's signature was acknowledgement that there was enough evidence to go forward with the prosecution of Mr. Kowalevicz for driving under the influence of alcohol and/or drugs.

Summary:

This incident occurred on 11/13/13 at approximately 2258 hours. Officer Coleman was assigned as Car 112 and Officer Pisano was assigned as Car 191 on that date. Officer Coleman observed a vehicle being operated by Mr. Kowalevicz commit several traffic violations and stopped the vehicle in the 700 block of 24th St, NW. Ms. Rennert was a passenger in Mr. Kowalevicz's vehicle. During the course of the traffic stop, Officer Pisano stopped to provide back up.

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| Sgt. J. Bindeman #904   10/22/14 | 10/22/14 |

REV. 3-73)

William Chase

U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
**SUPPLEMENTARY CASE/INCIDENT RECORD**

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER | | | | | |
|---|---|---|---|---|---|---|
| United States Park Police | 0 | 8 | 7 | 7 | 8 | 8 |

| LOCATION OF INCIDENT | DATE OF INCIDENT MO DA YR |
|---|---|
| 700 Block 24th St, NW, WDC | 1 1  1 3  1 3 |

NATURE OF INCIDENT
Personnel Complaint

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Andrew Kowalevicz | 1700 Clarendon Blvd # 135, Arlington, VA 22209 |

**RESULTS OF INVESTIGATION**

Video evidence conflicts with Officer Coleman's statement of the vehicle's path of travel. In their statements, both Mr. Kowalevicz and Ms. Rennert stated that Mr. Kowalevicz used his turn signal and was operating his vehicle in a safe manner. However, there is no evidence (video or otherwise) to disprove Officer Coleman's observation of the traffic violations. Officer Coleman had Mr. Kowalevicz exit his vehicle and perform SFSTs. Mr. Kowalevicz's description of the SFST tests are consistent Officer Coleman's observations of the results.

G.O. 2510.02

    A. To support any arrest for Driving while Intoxicated, an officer must ensure that the following conditions are met:

        1. The suspect was operating or in control of a motor vehicle.

        2. The suspect's operation of the motor vehicle occurred in an area where the officer was authorized to enforce applicable DWI laws and regulations.

        3. The officer has cause to believe the suspect's ability to operate a motor vehicle was impaired by alcohol and/or drugs.

    B. When the above conditions have been met and the suspect has been safely stopped, the officer shall, if practical, conduct roadside field sobriety testing. The officer shall inform the suspect of the reason for the testing and shall explain and demonstrate the tests.

Officer Coleman observed Mr. Kowalevicz operating a motor vehicle in Washington, DC as confirmed by both Mr. Kowalevicz and Ms. Rennert. Under DC Code 5-301 (a)(2) and G.O. 2101.07 an officer is authorized to enforce applicable District of Columbia laws and regulations. Officer Coleman safely stopped the vehicle and had the operator, Mr. Kowalevicz, perform Standardized Field Sobriety Testing. All the conditions under G.O.2510.02 (A) and (B) had been met when Officer Coleman arrested Mr. Kowalevicz.

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| Sgt. J. Bindeman  #904   10/22/14 | 10/22/14 |
| *Bindeman* (signature) | *William Chambers* (signature) |

REV. 3-73)

U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
SUPPLEMENTARY CASE/INCIDENT RECORD

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| United States Park Police | | 0 | 8 | 7 | 7 | 8 | 8 |

| LOCATION OF INCIDENT | DATE OF INCIDENT | | | | | |
|---|---|---|---|---|---|---|
| | MO | | DA | | YR | |
| 700 Block 24th St, NW, WDC | 1 | 1 | 1 | 3 | 1 | 3 |

**NATURE OF INCIDENT**
Personnel Complaint

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Andrew Kowalevicz | 1700 Clarendon Blvd # 135, Arlington, VA 22209 |

RESULTS OF INVESTIGATION

Based on Mr. Kowalevicz's driving behavior, the results of the Standardized Field Sobriety Tests, and other observations made on scene, Officer Coleman had enough probable cause to arrest Mr. Kowalevicz for driving under the influence of alcohol and/or drugs. Although a chemical test for alcohol showed there was no alcohol in Mr. Kowalevicz's system, a chemical test for drugs was not administered.

Later, Officer Coleman responded to OAG to proffer the facts or "paper his case". Deputy Chief Whitney Stoebner personally reviewed and signed Officer Coleman's Gerstein. By approving the Gerstein, AAG Stoebner acknowledged that there was probable cause for Mr. Kowalevicz's arrest and there was enough evidence to prosecute Mr. Kowalevicz in DC Superior Court for the charge of driving under the influence of alcohol and/or drugs. Although this case was "dismissed without prejudice" in DC Superior Court, it was not dismissed due to lack of probable cause for the arrest or lack of evidence.

The facts provided in this investigation have shown that there was sufficient evidence to justify that on 11/13/13, while assigned as Car 112, Officer Coleman had probable cause to arrest Mr. Kowalevicz for driving under the influence of alcohol and/or drugs. The validity of the arrest is supported by the fact that the OAG "papered" the case and the OAG was prepared to prosecute Mr. Kowalevicz based on the evidence provided by Officer Coleman. There is no evidence of police misconduct on Officer Coleman's part.

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| Sgt. J. Bindeman  #904   10/22/14 | 10/22/14 |