D.C. Courts Home

## Court Cases Online

Case Search for Person: KOWALEVICZ, ANDREW

Click here to view search criteria

Search retrieved 1 case in less than a second.

Click here to view search results

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

Click here to view case summary

| 2013 CTF 021193: District of Columbia Vs. KOWALEVICZ, ANDREW | |
|---|---|
| Case Type: Traffic | File Date: 12/03/2013 |
| Status: Closed | Status Date: 12/03/2013 |
| Disposition: Dismissed-DWP | Disposition Date: 01/06/2014 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| KOWALEVICZ, ANDREW | | Defendant (Criminal) | DUNN, THOMAS |

| Docket Date | Description | Messages |
|---|---|---|
| 07/20/2015 | Case Transferred To: | Case Transferred To: <br> The judge was changed from HOWZE, KAREN to HARRIS EPPS, DIANA . |
| 07/16/2015 | Case Transferred To: | Case Transferred To: <br> The judge was changed from FAMILY CAL 24 JUDGE TBA to HOWZE, KAREN . |
| 07/06/2015 | Case Transferred To: | Case Transferred To: <br> The judge was changed from HARRIS EPPS, DIANA to FAMILY CAL 24 JUDGE TBA, . |
| 01/06/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: <br> The following event: Non-Jury Trial scheduled for 01/17/2014 at 9:30 am has been resulted as follows: <br><br> Result: Hearing Vacated <br> Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 01/06/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: <br> The following event: DC/Traffic Arraignment scheduled for 01/06/2014 at 9:30 am has been resulted as follows: <br><br> Result: Event Scheduled In Error <br> Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 01/06/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: Government not ready for trial in this matter. AAG J. Corba present representing the Government for this proceeding. <br> The following event: Non-Jury Trial scheduled for 01/06/2014 at 9:00 am has been resulted as follows: <br><br> Result: Dismissed for Want of Prosecution <br> Judge: HARRIS EPPS, DIANA Location: Courtroom 116 <br> THOMAS DUNN (Attorney) on behalf of ANDREW KOWALEVICZ (Defendant (Criminal)) <br> Participant(s): Judge DIANA HARRIS EPPS |
| 01/06/2014 | Case Dismissed for Want of Prosecution | Case Dismissed for Want of Prosecution |
| 01/06/2014 | Charge Disposed - DWP | Charge Disposed - DWP |
| 01/06/2014 | Charge Disposed - DWP | Charge Disposed - DWP |
| 12/27/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: p/r Deft not present. Deft presence is waived. Deft has signed notice for 1/6/2013. Trial date converted to DC/Traffic Arraignment. <br> The following event: DC/Traffic Arraignment scheduled for 12/27/2013 at 9:30 am has been resulted as follows: <br><br> Result: Status, Preliminary or Other Hearing Not Held <br> Judge: HARRIS EPPS, DIANA Location: Courtroom 116 <br> THOMAS DUNN (Attorney) on behalf of ANDREW KOWALEVICZ (Defendant (Criminal)) <br> Participant(s): Judge DIANA HARRIS EPPS |
| 12/27/2013 | Event Scheduled | Event Scheduled <br> Event: DC/Traffic Arraignment <br> Date: 01/06/2014 Time: 9:30 am <br> Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/27/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: <br> The following event: Status Hearing scheduled for 01/06/2014 at 9:30 am has been resulted as follows: <br><br> Result: Event Scheduled In Error <br> Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/27/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: p/r Deft not present. Deft presence is waived. Trial date converted to DC/Traffic Arraignment. Deft has sign notice for 1/06/2014 <br> The following event: Status Hearing scheduled for 12/27/2013 at 9:30 am has been resulted as follows: <br><br> Result: Hearing Held <br> Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |

| Docket Date | Description | Messages |
|---|---|---|
| | | THOMAS DUNN (Attorney) on behalf of ANDREW KOWALEVICZ (Defendant (Criminal))<br>Participant(s): Judge DIANA HARRIS EPPS |
| 12/27/2013 | Event Scheduled | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 01/17/2014 Time: 9:30 am<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/27/2013 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/06/2014 Time: 9:30 am<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/16/2013 | Information Docket: | Information Docket: Event Resulted - Release Status: PR,<br>Mr. KOWALEVICZ was not arraigned and needs to be arraigned on thr next date of 12/27/2013. |
| 12/16/2013 | Event Scheduled | Event Scheduled<br>Event: DC/Traffic Arraignment<br>Date: 12/27/2013 Time: 9:30 am<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/13/2013 | Attorney Appointed/Dismissed | Attorney Appointed RETAINED<br>Attorney DUNN, THOMAS representing Defendant (Criminal) KOWALEVICZ, ANDREW as of 12/13/2013 |
| 12/13/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: PR. Case continued for trial. A control date is set to determine if the government's discovery is complete. Defendant's presence is waived for that hearing.<br>The following event: Status Hearing sc heduled for 12/13/2013 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116<br>ANDREW KOWALEVICZ (Defendant (Criminal)); ; Judge DIANA HARRIS EPPS<br>ANDREW KOWALEVICZ (Defendant (Criminal)); ; THOMAS DUNN (Attorney) on behalf of ANDREW KOWALEVICZ (Defendant (Criminal)); Judge DIANA HARRIS EPPS |
| 12/13/2013 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 12/27/2013 Time: 9:30 am<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/13/2013 | Event Scheduled | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 01/06/2014 Time: 9:00 am<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/13/2013 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 12/13/2013 11:39:37.86 |
| 12/13/2013 | Consent Order for Trial or Plea before Magistrate Judge Filed | Consent Order for Trial or Plea before Magistrate Judge Filed |
| 12/13/2013 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 12/13/2013 Time: 9:30 am<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/13/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: PR, this case certified to Judge Epps per request of defense atty Thomas Dunn.<br>The following event: Status Hearing scheduled for 12/13/2013 at 9:30 am has been resulted as follows:<br><br>Result: Transferred Out To:<br>Judge: WILLIAMS, YVONNE Location: Courtroom 111<br>ANDREW KOWALEVICZ (Defendant (Criminal)); ; Judge YVONNE WILLIAMS on behalf of Judge DIANA HARRIS EPPS |
| 12/13/2013 | Event Scheduled | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 12/13/2013 Time: 9:00 am<br>Judge: HARRIS EPPS, DIANA Location: Courtroom 116 |
| 12/03/2013 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 12/13/2013 Time: 9:30 am<br>Judge: WILLIAMS, YVONNE Location: Courtroom 111 |
| 12/03/2013 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 12/03/2013 09:34:10.21 |
| 12/02/2013 | Charge Filed | Charge Filed Charge 1: Operating a Vehicle While Impaired<br>Charge 2: Operating a Vehicle While Impaired |