UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW MARTIN KOWALEVICZ, JR.,   )
                                 )
                Plaintiff,       )        Civil Action No. 16-CV-2494 (EGS)
                                 )
        v.                       )
                                 )
THE UNITED STATES OF AMERICA,    )
                                 )
                Defendant.       )
_____  )

**ORDER**

For the reasons stated in the Memorandum Opinion issued on this same date, Defendant's

Motion to Dismiss and Motion for Summary Judgment is GRANTED.

SO ORDERED.

Dated:_____


_____
EMMET G. SULLIVAN
United States District Judge