# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANDREW MARTIN KOWALEVICZ, JR.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:16-cv-2494-TNM

## ORDER

Upon consideration of the Defendant's Motion to Dismiss and Motion for Summary Judgment, the pleadings, relevant law, and related filings in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's motion to dismiss is DENIED as to Count I of the Plaintiff's complaint alleging negligence, but GRANTED as to Counts V and VI for intentional infliction of emotional distress and negligent infliction of emotional distress;

**ORDERED** that the Defendant's motion for summary judgment is DENIED as to Count II, false arrest, but GRANTED as to Count III, alleging malicious prosecution; and it is further

**ORDERED** that in light of the Plaintiff's voluntary dismissal of Count IV for abuse of process, Count IV is DISMISSED pursuant to Federal Rule of Civil Procedure 41(a).

**SO ORDERED.**

Dated: March 13, 2018

TREVOR N. MCFADDEN
United States District Judge

1